February 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DREVER WATERSTONE, L.P. AND
CONCIERGE ASSET MANAGEMENT, LLC, Appellants

NO. 14-12-00130-CV      V.

JACQUELINE RHODES, Appellee

_____

  This cause, an appeal from the default judgment in favor of appellee, Jacqueline Rhodes, signed October 24, 2011, and rendered final by the nonsuit order signed January 24, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

  We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellants, Drever Waterstone, L.P. and Concierge Asset Management, LLC.

  We further order this decision certified below for observance.